**Order entered January 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00170-CV

### ERIC DRAKE, Appellant

### V.

### CARMEN SIFUENTES, CONSUMERS COUNTY MUTUAL INSURANCE, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

# ORDER

On the Court's own motion, this case is removed from submission on February 26, 2014.

The case will be resubmitted in due course.


/s/  CAROLYN WRIGHT
   CHIEF JUSTICE